COM.

v.

TYSON, T., Sr.

1697 MDA 2016

Superior Court of Pennsylvania.

08/16/2017

CP–60–CR–0000255–2015

(Union)

Affirmed

COM.

v.

GONZALEZ, A.

28 MDA 2017

Superior Court of Pennsylvania.

08/16/2017

CP–06–CR–0005540–2005

(Berks)

Affirmed

FEDERAL NATIONAL MORTGAGE ASSOCIATION

v.

RILEY, T.

2038 MDA 2016

Superior Court of Pennsylvania.

08/16/2017

2015 593

(Franklin)

Affirmed

COM.

v.

LELLOCK, R.

1269 WDA 2016

Superior Court of Pennsylvania.

08/16/2017

CP–02–CR–0003936–2013

(Allegheny)

Affirmed